# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTINE WHEELER, | Case No.: 1:21-cv-1225 JLT BAM |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (Doc. 30) |
| Defendant. | |

Ernestine Wheeler and Kilolo Kijakazi, the Acting Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $6,030.00 pursuant to the Equal Access to Justice Act. (Doc. 30.) Accordingly, the Court **ORDERS**:

1. Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** attorney's fees and expenses in the amount of $6,030.00 under 28 U.S.C. § 2412(d).

2. Plaintiff's motion for attorney's fees (Doc. 29) is terminated as **MOOT**.

IT IS SO ORDERED.

Dated: **September 22, 2023**

UNITED STATES DISTRICT JUDGE

1